UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| DEBRA R. RIPLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 3:07-CV-442 |
| | ) | (VARLAN/SHIRLEY) |
| V.L. STONECIPHER, Director of Schools; | ) | |
| ANDERSON COUNTY BOARD OF | ) | |
| EDUCATION MEMBERS: DR. JOHN | ) | |
| BURRELL, GAIL MARTIN, GREG | ) | |
| CRAWFORD, RON HAGANS, PEGGY | ) | |
| HAYES, and WANDA McCROWSKY, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

This civil action is before the Court on plaintiff's Motion to Stay [Doc. 4], in which plaintiff requests an order from the Court to staying all proceedings in this action pending the outcome of the appellate process and state court litigation styled: Debra R. Ripley v. Anderson County Board of Education, V.L. Stonecipher, Director of Schools and Anderson County Board of Education Members: Dr. John Burrell, Mrs. Gail Martin, Mr. Greg Crawford, Mr. Ron Hagans, Mrs. Peggy Hayes and Mrs. Wanda McCrosky, Court of Appeals - Eastern Division Number: E2007-02605-COA-R3-CV. Defendants have not responded in objection to this motion and the time for doing so has now passed. *See* LR 7.1(a), 7.2. In support of her motion, plaintiff states that she seeks the same relief in the instant case as she does in the state court litigation.

The Court finds that plaintiff's Motion to Stay [Doc. 4] is well-taken and, in the interest of judicial economy and giving due deference to the state appellate court, it is hereby **GRANTED**. All proceedings in this case are hereby **STAYED** pending resolution of the appellate process and state court proceedings styled: Debra R. Ripley v. Anderson County Board of Education, V.L. Stonecipher, Director of Schools and Anderson County Board of Education Members: Dr. John Burrell, Mrs. Gail Martin, Mr. Greg Crawford, Mr. Ron Hagans, Mrs. Peggy Hayes and Mrs. Wanda McCrosky, Court of Appeals - Eastern Division Number: E2007-02605-COA-R3-CV. Plaintiff is **DIRECTED** to notify the Court within fifteen (15) days of the resolution of the state court proceedings whether she wishes to proceed on the merits, and if so, request that the Court reinstate the case to the docket, or, should she no longer wish to prosecute the matter, notify the court that the case should be dismissed. The failure of plaintiffs to timely comply with this facet of this order will result in dismissal of this matter for failure to prosecute. *See* Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE